DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLINA INSURANCE LIMITED,**
Appellant,

v.

**SOUTH BROWARD HOSPITAL DISTRICT** d/b/a **MEMORIAL HEALTHCARE SYSTEM,** and **SANUS HEALTH CORPORATION**
Appellees.

No. 4D18-193

[July 26, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. 16-005308-CACE (07).

William M. Tuttle, II of William M. Tuttle, II, P.A., Coral Gables, for appellant.

Danya J. Pincavage, Douglas A. Wolfe, and Gabriela Rosell of Wolfe|Pincavage, Miami, and Kenneth R. Hartmann of Kozyak Tropin & Throckmorton, Coral Gables, for appellee, South Broward Hospital District d/b/a Memorial Healthcare System.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CONNER, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***